AO 91 (Rev. 08/09)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Middle District of Pennsylvania

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No. 1:25-mj-00007 |
| Anthony Hoffman | ) | |
| *Defendant(s)* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of November 18, 2024 in the county of Lackawanna in the Middle District of Pennsylvania, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 2252(a)(4)(B) | Possession of Child Sexual Abuse Material |

This criminal complaint is based on these facts:

See attached Affidavit

☑ Continued on the attached sheet.

_____
Complainant's signature

Philip D. Worthy, SA - HSI
*Printed name and title*

Sworn to before me via telephone.

Date: 1/27/2025 at 8:14 p.m.

_____
Judge's signature

City and state: Harrisburg, PA           Daryl F. Bloom, Chief U.S. Magistrate Judge
*Printed name and title*