IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 3:25-CR-00033-01 |
| | : | |
| v. | : | |
| | : | FILED |
| ANTHONY HOFFMAN, | : | SCRANTON |
| | : | |
| Defendant | : | FEB 11 2025 |
| | | PER _____ |
| | | DEPUTY CLERK |

**PLEA**

AND NOW, this __11th__ day of __February__, 2025, the within named defendant, hereby enters a plea of __Not Guilty__ to the within Indictment.

_____
(Defendant's Signature)

_____
(Defense Counsel)