IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | No. 3:25cr33 |
| | : | |
| v. | : | (Judge Munley) |
| | : | |
| ANTHONY CLYDE HOFFMAN, | : | |
| Defendant | : | |

## ORDER

**AND NOW**, to wit, this 21 day of April 2026, upon consideration of the defendant's motion to suppress, (Doc. 28), it is hereby **ORDERED** that:

1. The defendant's motion, (Doc. 28), is **DENIED**; and

2. By way of separate order, this matter will be listed for trial.

BY THE COURT

JUDGE JULIA K. MUNLEY
United States District Court